IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JERRY WILLIS**                                                                         **PLAINTIFF**

**VS.**                  **CASE NO. 4:07CV001181 JMM**

**ALL STEEL HOMES, INC.,K**
**D/B/A KODIAL STEEL HOMES, INCL,**
**AND SCOTT HOUSE**                                                  **DEFENDANTS**

**ORDER**

Plaintiff's Motion to Dismiss Without Prejudice is granted (#7).  Plaintiff's complaint is dismissed without prejudice.  Each party will bear their own fees and costs.

IT IS SO ORDERED THIS  31  day of  July , 2008.

                                                             James M. Moody
                                                             United States District Court